# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-10758-AMC

JOHN THOMAS JOYCE, JR.
SUSAN KIMBERLY PINDAR
63 Turf Road

Levittown, PA 19056

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN THOMAS JOYCE, JR.
    SUSAN KIMBERLY PINDAR
    63 Turf Road

    Levittown, PA 19056

**Counsel for debtor(s), by electronic notice only.**
    JEFFERY A FOURNIER ESQUIRE
    2480-B DURHAM RD

    BRISTOL, PA 19007-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 3/20/2017

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee