## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  John Thomas Joyce Jr. | : | Chapter 13 |
| **Susan Kimberly Pindar** | : | |
| **Debtors** | : | Bankruptcy No. 17-10758-AMC |
| | : | |
| | : | Motion to Allow Debtors to Proceed |
| | : | With A Loan Modification |

## ORDER ALLOWING DEBTORS TO PROCEED WITH A LOAN MODIFICATION
## WITH SPECIALIZED LOAN SERVICING LLC

AND NOW, this 13th day of June , 2017, upon consideration of the Motion to Allow Debtor to Proceed With A Loan Modification, it is hereby ORDERED that Debtor may proceed with a Loan Modification with Specialized Loan Servicing LLC without any further review from the Court.

_____     J.
Hon. Ashely M. Chan
United States Bankruptcy Judge