United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10758-amc
John Thomas Joyce, Jr.                                                  Chapter 13
Susan Kimberly Pindar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jun 13, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db/jdb         +John Thomas Joyce, Jr.,   Susan Kimberly Pindar,   63 Turf Road,   Levittown, PA 19056-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
           The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
           Certificates, Series 2002-2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JEFFERY A. FOURNIER    on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
           The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
           Certificates, Series 2002-2 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John Thomas Joyce Jr. | : | Chapter 13 |
| Susan Kimberly Pindar | : | |
| Debtors | : | Bankruptcy No. 17-10758-AMC |
| | : | |
| | : | Motion to Allow Debtors to Proceed |
| | : | With A Loan Modification |

## ORDER ALLOWING DEBTORS TO PROCEED WITH A LOAN MODIFICATION WITH SPECIALIZED LOAN SERVICING LLC

AND NOW, this __13th__ day of __June__, 2017, upon consideration of the Motion to Allow Debtor to Proceed With A Loan Modification, it is hereby ORDERED that Debtor may proceed with a Loan Modification with Specialized Loan Servicing LLC without any further review from the Court.

_____
Hon. Ashely M. Chan                    J.
United States Bankruptcy Judge