# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-10758-amc |
|    John Thomas Joyce, Jr. and Susan Kimberly Pindar | : Chapter 13 |
| | : |
| Bridgecrest Credit Company, LLC | : |
| | : |
|                 Movant | : |
| vs. | : |
| John Thomas Joyce, Jr. and Susan Kimberly Pindar | : |
|             Debtors/Respondents | : |
| and | : |
| William C. Miller, Esquire | : |
|             Trustee/Respondent | : |

## CERTIFICATION OF SERVICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Danielle Boyle-Ebersole, attorney for the Movant, Bridgecrest Credit Company, LLC, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **July 26, 2017** upon the following:

Jeffery A. Fournier
Via First Class Mail
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

John Thomas Joyce, Jr.
63 Turf Road
Levittown, PA 19056
Via First Class Mail
*Debtor*

Susan Kimberly Pindar
63 Turf Road
Levittown, PA 19056
Via First Class Mail
*Debtor*

Dated: 7/26/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121