# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John Thomas Joyce Jr.<br>　　　　Susan Kimberly Pindar<br>　　　　　　　　　　Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2002-2, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　　　vs.<br>John Thomas Joyce Jr.<br>Susan Kimberly Pindar<br>　　　　　　　　　　Respondents | NO. 17-10758 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2002-2 to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 27, 2017 (Document No. 30).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

September 25, 2017