**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  John Thomas Joyce Jr.<br>　　　　Susan Kimberly Pindar<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2002-2<br>　　　　　　　　　　Movant<br>　　vs. | NO. 17-10758 AMC |
| John Thomas Joyce Jr.<br>Susan Kimberly Pindar<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this  3rd   day of  November, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on  August 21, 2017  does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　_____
cc: See attached service list　　　　　　　　　Ashely M. Chan, U.S. Bankruptcy Judge

John Thomas Joyce Jr.
63 Turf Road
Levittown, PA  19056

Susan Kimberly Pindar
63 Turf Road
Levittown, PA  19056

Jeffery A. Fournier Esq.
2480-B Durham Road (VIA ECF)
Bristol, PA 19007

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532