## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOHN THOMAS JOYCE, JR. | ) | |
| and SUSAN KIMBERLY PINDAR | ) | |
| | ) | CASE NO.: 17-10758-AMC |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| JOHN THOMAS JOYCE, JR. | ) | |
| and SUSAN KIMBERLY PINDAR | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | **LOCATION**: |
| AMERICAN INFOSOURCE LP AS | ) | U.S. Bankruptcy Court |
| AGENT FOR VERIZON, | ) | Eastern District of Pennsylvania |
| Respondents | ) | Courtroom #5 |
| and | ) | 900 Market Street |
| WILLIAM C. MILLER, | ) | Philadelphia, PA 19107 |
| Trustee | ) | |

## **CERTIFICATE OF SERVICE**

I certify that on November 17, 2017, a true and correct copy of the above and foregoing was served upon the following parties via regular first class mail:

**DEBTORS:**
John Thomas Joyce, Jr.
Susan Kimberly Pindar
63 Turf Road
Levittown, PA 19056

**DEBTOR'S COUNSEL**
Jeffery A. Fournier, Esquire
Fournier Law Offices
2480-B Durham Road
Bristol, PA 19007

**CHAPTER 13 TRUSTEE:**
William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

By:   /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire