UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  John Thomas Joyce Jr. | : | Chapter 13 |
|     Susan Kimberly Pindar | : | |
|             Debtors | : | Bankruptcy No. 17-10758-AMC |
| | : | |
| | : | Objection to Proof of Claim of |
| | : | The Bank of New York Mellon |
| | : | Claim # 1, Filed on 02/17/2017 |
| | : | |

PRAECIPE TO WITHDRAWAL

Kindly withdrawal Objection to Proof of Claim of The Bank of New York Mellon (Claim #1), document entry #55 and #56, filed on August 22, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors