UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: John Thomas Joyce Jr.<br>Susan Kimberly Pindar<br>Debtors | : Chapter: 13<br>:<br>: Bankruptcy No. 17-10758-AMC<br>:<br>: Objection to Proof of Claim of<br>: American InfoSource LP as Agent for Verizon<br>: Claim #6, Filed On 04/11/2017 |

## PRAECIPE TO WITHDRAWAL

Kindly withdrawal Objection to Proof of Claim of American InfoSource LP as Agent for Verizon (Claim #6), document entry #66 and #67, filed on November 1, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors