## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: John Thomas Joyce Jr. | : Chapter: 13 |
| Susan Kimberly Pindar | : |
| Debtors | : Bankruptcy No. 17-10758-AMC |
|  | : |
|  | : Objection to Proof of Claim of |
|  | : LVNV Funding |
|  | : Claim #7, Filed On 05/23/2017 |

### PRAECIPE TO WITHDRAWAL

Kindly withdrawal Objection to Proof of Claim of LVNV Funding (Claim #7), document entry #69 and #70, filed on November 1, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors