UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: John Thomas Joyce Jr.<br>Susan Kimberly Pindar<br>Debtors | : Chapter: 13<br>:<br>: Bankruptcy No. 17-10758-AMC<br>:<br>: Objection to Proof of Claim of<br>: American InfoSource LP as Agent for Verizon<br>: Claim #6, Filed On 04/11/2017 |

ORDER

AND NOW, this  12th  day of  Dec. , 2017, upon considering the Debtors' Objection to the Proof of Claim of American InfoSource LP as Agent for Verizon, Claim #6, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by American InfoSource LP as Agent for Verizon, is hereby stricken and removed from the Claims Register.

_____
Hon. Ashely M. Chan,            J.
United States Bankruptcy Judge