UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:  John Thomas Joyce Jr.<br>Susan Kimberly Pindar<br>Debtors | : Chapter: 13<br>:<br>: Bankruptcy No. 17-10758-AMC<br>:<br>: Objection to Proof of Claim of<br>: LVNV Funding<br>: Claim #7, Filed On 05/23/2017 |

## ORDER

AND NOW, this _12th_ day of _Dec_____, 2017, upon considering the Debtors' Objection to the Proof of Claim of LVNV Funding as successors and assigns as assignee of GE Money Bank, Claim #7, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by LVNV Funding as successors and assigns as assignee of GE Money Bank, is hereby stricken and removed from the Claims Register.

_____
Hon. Ashely M. Chan                J.
United States Bankruptcy Judge