UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: John Thomas Joyce Jr. | : Chapter: 13 |
| Susan Kimberly Pindar | : |
| Debtors | : Bankruptcy No. 17-10758-AMC |
|  | : |
|  | : Objection to Proof of Claim of |
|  | : American InfoSource LP as Agent for Verizon |
|  | : Claim #6, Filed On 04/11/2017 |

PRAECIPE TO WITHDRAWAL THE
"PRAECIPE TO WITHDRAWAL" OF THE OBJECTION TO PROOF OF CLAIM OF
AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON
(CLAIM #6, FILED ON 04/11/2017), DOCKET ENTRY #83

Kindly withdrawal the "Praecipe to Withdrawal" Objection to Proof of Claim of American InfoSource LP as Agent for Verizon (Claim #6), document entry #83, filed on December 11, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors