IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :         CHAPTER 13

JOHN THOMAS JOYCE, JR.                              :
SUSAN KIMBERLY PINDAR

   DEBTOR(S)                          :         BANKRUPTCY NO. 17-10758-AMC

## ORDER

AND NOW, IT APPEARING that on December 11, 2017 Praecipes were filed withdrawing the Objection to Proof of Claim #6 , American InfoSource LP as Agent for Verizon and the Objection to Proof of Claim #7, LVNV Funding,  it is hereby

ORDERED  that the Orders Granting the Objections to Claims entered on December 12, 2017 at Docket Entry Numbers 87 and 89 are VACATED  having been entered inadvertently .

DATE: 12/14/17

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE