United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10758-amc
John Thomas Joyce, Jr.                                                    Chapter 13
Susan Kimberly Pindar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: ChrissyW          Page 1 of 1              Date Rcvd: Dec 13, 2017
                                 Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb          +John Thomas Joyce, Jr.,    Susan Kimberly Pindar,    63 Turf Road,    Levittown, PA 19056-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13900004          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2017 01:40:08
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
          The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
          Certificates, Series 2002-2 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bridgecrest Credit Company, LLC
          debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    American InfoSource LP as Agent for Verizon
          jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          JEFFERY A. FOURNIER    on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
          The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
          Certificates, Series 2002-2 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Et Al...
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
          Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
          Certificates, Series 2002-2 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  John Thomas Joyce Jr.
          Susan Kimberly Pindar
                  Debtors

: **Chapter: 13**
:
: **Bankruptcy No. 17-10758-AMC**
:
: **Objection to Proof of Claim of**
: **American InfoSource LP as Agent for Verizon**
: **Claim #6, Filed On 04/11/2017**

## ORDER

AND NOW, this ____ day of _____, 2017, upon considering the Debtors'
Objection to the Proof of Claim of American InfoSource LP as Agent for Verizon, Claim #6, and
the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by American
InfoSource LP as Agent for Verizon, is hereby stricken and removed from the Claims Register.

_____  J.
Hon. Ashely M. Chan
United States Bankruptcy Judge