United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Thomas Joyce, Jr.  
Susan Kimberly Pindar  
     Debtors

Case No. 17-10758-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Dec 13, 2017  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.  
db/jdb       +John Thomas Joyce, Jr.,   Susan Kimberly Pindar,   63 Turf Road,   Levittown, PA 19056-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13922374      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2017 01:39:45  
     LVNV Funding, LLC its successors and assigns as,   assignee of GE Money Bank,  
     Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587  
                                                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2002-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bridgecrest Credit Company, LLC debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        JASON BRETT SCHWARTZ    on behalf of Creditor    American InfoSource LP as Agent for Verizon jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
        JEFFERY A. FOURNIER    on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net  
        JEFFERY A. FOURNIER    on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2002-2 bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Et Al... bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2002-2 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                  TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: John Thomas Joyce Jr.
      Susan Kimberly Pindar
                      Debtors

: Chapter: 13
:
: Bankruptcy No. 17-10758-AMC
:
: Objection to Proof of Claim of
: LVNV Funding
: Claim #7, Filed On 05/23/2017

## ORDER

AND NOW, this _____ day of _____, 2017, upon considering the Debtors' Objection to the Proof of Claim of LVNV Funding as successors and assigns as assignee of GE Money Bank, Claim #7, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by LVNV Funding as successors and assigns as assignee of GE Money Bank, is hereby stricken and removed from the Claims Register.

_____  J.
Hon. Ashely M. Chan
United States Bankruptcy Judge