United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-10758-amc
John Thomas Joyce, Jr.                                                          Chapter 13
Susan Kimberly Pindar
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Dec 15, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb         +John Thomas Joyce, Jr.,   Susan Kimberly Pindar,   63 Turf Road,   Levittown, PA 19056-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2002-2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bridgecrest Credit Company, LLC
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    American InfoSource LP as Agent for Verizon
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEFFERY A. FOURNIER    on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net
              JEFFERY A. FOURNIER    on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2002-2 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2002-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | | |
| JOHN THOMAS JOYCE, JR.<br>SUSAN KIMBERLY PINDAR | : | |
| | | |
| DEBTOR(S) | : | BANKRUPTCY NO. 17-10758-AMC |

## ORDER

AND NOW, IT APPEARING that on December 11, 2017 Praecipes were filed withdrawing the Objection to Proof of Claim #6 , American InfoSource LP as Agent for Verizon and the Objection to Proof of Claim #7, LVNV Funding, it is hereby

ORDERED that the Orders Granting the Objections to Claims entered on December 12, 2017 at Docket Entry Numbers 87 and 89 are VACATED having been entered inadvertently .

DATE: 12/14/17

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE