## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-10758-amc |
|    John Thomas Joyce, Jr. | : Chapter 13 |
|    And Susan Kimberly Pindar | : |
|         Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|      vs. | : |
| John Thomas Joyce, Jr. | : |
| And Susan Kimberly Pindar | : |
|         Debtor/Respondent | : |
|      and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

### **CERTIFICATION OF SERVICE**

      I certify that a copy Bridgecrest Credit Company, LLC's Praecipe to Relist the Motion for Relief and Notice of Hearing date was served upon the following parties on December 26, 2017:

Jeffery A. Fournier, Esquire
Via Electronic Filing
*Attorney for Debtors*

William C. Miller, Trustee
Via Electronic Filing
*Trustee*

John Thomas Joyce, Jr.
63 Turf Road
Levittown, PA 19056
Via First Class Mail
*Debtor*

Susan Kimberly Pindar
63 Turf Road
Levittown, PA 19056
Via First Class Mail
*Debtor*

Date: 12/26/17

                         Respectfully Submitted,

                         /s/Danielle Boyle-Ebersole, Esquire
                         Danielle Boyle-Ebersole, Esquire
                         Hladik, Onorato & Federman, LLP
                         Attorney I.D. # 81747
                         298 Wissahickon Avenue
                         North Wales, PA 19454
                         Phone 215-855-9521
                         Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-10758-amc |
|    John Thomas Joyce, Jr. | : Chapter 13 |
|    And Susan Kimberly Pindar | |
|         Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|    vs. | : |
| John Thomas Joyce, Jr. | : |
| And Susan Kimberly Pindar | : |
|         Debtor/Respondent | : |
|    and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**PRAECIPE TO RELIST THE MOTION FOR RELIEF HEARING**

     As a stipulation settling the Motion for Relief was not filed by September 15, 2017, Bridgecrest Credit Company, LLC has requested a new hearing date on the Motion for Relief from Stay, originally filed on July 26, 2017 at doc # 50. The new hearing date is January 23, 2018 at 11:00 AM.

                                          /s/Danielle Boyle-Ebersole, Esquire
                                          Danielle Boyle-Ebersole, Esquire
                                          Hladik, Onorato & Federman, LLP
                                          Attorney I.D. # 81747
                                          298 Wissahickon Avenue
                                          North Wales, PA 19454
                                          Phone 215-855-9521
                                          Fax 215-855-9121