UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  John Thomas Joyce Jr. and | : | Chapter 13 |
| Susan Kimberly Pindar | : | |
| **Debtors** | : | Bankruptcy No. 17-10758-AMC |
| Bridgecrest Credit Company LLC | : | |
| Movant | : | PRAECIPE TO WITHDRAWAL |
| v. | : | ANSWER TO MOVANT'S |
| John Thomas Joyce, Jr. and | : | MOTION FOR RELIEF |
| Susan Kimberly Pindar | : | FROM THE AUTOMATIC STAY |
| Debtors/Respondents | : | |
| William C. Miller, Esquire | : | |
| **TRUSTEE/RESPONDENT** | : | |

## PRAECIPE TO WITHDRAWAL

Kindly withdrawal Answer/Response to Motion for Relief From the Automatic Stay, document entry #53, filed on August 11, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors