# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-10758-amc |
|    John Thomas Joyce, Jr. | : Chapter 13 |
|    And Susan Kimberly Pindar | |
|         Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|    vs. | : |
| John Thomas Joyce, Jr. | : |
| And Susan Kimberly Pindar | : |
|         Debtor/Respondent | : |
|    and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM STAY

    I, Danielle Boyle-Ebersole, counsel for Bridgecrest Credit Company, LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: January 22, 2018

                                        /s/Danielle Boyle-Ebersole, Esquire
                                        Danielle Boyle-Ebersole, Esquire
                                        Hladik, Onorato & Federman, LLP
                                        Attorney I.D. # 81747
                                        298 Wissahickon Avenue
                                        North Wales, PA 19454
                                        Phone 215-855-9521
                                        Email: debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-10758-amc |
|    John Thomas Joyce, Jr. | : Chapter 13 |
|    And Susan Kimberly Pindar | |
|         Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|         vs. | : |
| John Thomas Joyce, Jr. | : |
| And Susan Kimberly Pindar | : |
|         Debtor/Respondent | : |
|         and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

     I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on January 22, 2018.

The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

| | |
|---|---|
| Jeffery A. Fournier, Esquire<br>Via Electronic Filing<br>*Attorney for Debtors* | John Thomas Joyce, Jr.<br>63 Turf Road<br>Levittown, PA 19056<br>Via First Class Mail<br>*Debtor* |
| William C. Miller, Trustee<br>Via Electronic Filing<br>*Trustee* | Susan Kimberly Pindar<br>63 Turf Road<br>Levittown, PA 19056<br>Via First Class Mail<br>*Debtor* |

Dated: 01/22/2018                                                               /s/Danielle Boyle-Ebersole, Esquire
                                                                                    Danielle Boyle-Ebersole, Esquire
                                                                                    Hladik, Onorato & Federman, LLP
                                                                                    Attorney I.D. # 81747
                                                                                    298 Wissahickon Avenue
                                                                                    North Wales, PA 19454
                                                                                    Phone 215-855-9521
                                                                                    Fax 215-855-9121