### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>   John Thomas Joyce, Jr. and Susan Kimberly Pindar | : Bankruptcy No. 17-10758-amc <br> : Chapter 13 <br> : |
| Bridgecrest Credit Company, LLC | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Movant | : <br> : |
| vs. | : <br> : |
| John Thomas Joyce, Jr. and Susan Kimberly Pindar <br> Debtors/Respondents | : <br> : <br> : <br> : |
| and | : <br> : |
| William C. Miller, Esquire <br> Trustee/Respondent | : <br> : |

### ORDER

     AND NOW, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

     ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the Vehicle, 2013 Hyundai Sonata, VIN # 5NPEB4AC0DH517856.

     FURTHER ORDERED that Rule 4001 (a) is not applicable and Movant is permitted to immediately enforce and implement this Order.

**Date: January 24, 2018**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge