United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John Thomas Joyce, Jr.
Susan Kimberly Pindar
    Debtors

Case No. 17-10758-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Jan 24, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
db/jdb         +John Thomas Joyce, Jr.,   Susan Kimberly Pindar,   63 Turf Road,   Levittown, PA 19056-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
          The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
          Certificates, Series 2002-2 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
         DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bridgecrest Credit Company, LLC
          debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    American InfoSource LP as Agent for Verizon
          jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
         JEFFERY A. FOURNIER    on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net
         JEFFERY A. FOURNIER    on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net
         MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
          The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
          Certificates, Series 2002-2 bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Et Al...
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
          Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
          Certificates, Series 2002-2 bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                             TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   John Thomas Joyce, Jr. and Susan Kimberly Pindar | : Bankruptcy No. 17-10758-amc<br>: Chapter 13<br>: |
| Bridgecrest Credit Company, LLC | : |
|                Movant | : |
| vs. | : |
| John Thomas Joyce, Jr. and Susan Kimberly Pindar<br>           Debtors/Respondents | : |
| and | : |
| William C. Miller, Esquire<br>           Trustee/Respondent | : |

## **ORDER**

AND NOW, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the Vehicle, 2013 Hyundai Sonata, VIN # 5NPEB4AC0DH517856.

FURTHER ORDERED that Rule 4001 (a) is not applicable and Movant is permitted to immediately enforce and implement this Order.

**Date: January 24, 2018**                                  _____
                                                                                  Honorable Ashely M. Chan
                                                                                  U.S. Bankruptcy Judge