UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  John Thomas Joyce Jr.  : Chapter 13
       Susan Kimberly Pindar  :
                  Debtors  : Bankruptcy No. 17-10758-AMC
  :
  : Application for Compensation
  : of Attorney Fees for Services
  : Rendered from 08/30/2016 to 11/10/2017

## ORDER TO APPROVE COMPENSATION OF ATTORNEY FEES

AND NOW, this __1st__ day of __February, 2018__ xx2017, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $5,090.00 ($7,011.00 reduced by $1,921.00) and cost of $310.00 are approved and the amount owed of $4,000.00 be paid out of the Debtors' Chapter 13 Plan as an administrative expense.

BY THE COURT:

_____
Hon. Ashely M. Chan          J.
United States Bankruptcy Judge