# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 17-10758-AMC

   JOHN THOMAS JOYCE, JR.
   SUSAN KIMBERLY PINDAR
   63 TURF ROAD

   LEVITTOWN, PA 19056

          Debtor

## CERTIFICATE OF SERVICE

   **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

   JOHN THOMAS JOYCE, JR.
   SUSAN KIMBERLY PINDAR
   63 TURF ROAD

   LEVITTOWN, PA 19056


Counsel for debtor(s), by electronic notice only.

   JEFFERY A FOURNIER ESQUIRE
   2480-B DURHAM RD

   BRISTOL, PA 19007-

                              /S/ William C. Miller

Date: 6/7/2018            _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee