Certificate Number: 05781-PAE-DE-034029461

Bankruptcy Case Number: 17-10758



05781-PAE-DE-034029461

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2020, at 12:27 o'clock PM PST, John Joyce completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 31, 2020               By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President