```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 17-10758-amc
John Thomas Joyce, Jr.                                         Chapter 13
Susan Kimberly Pindar
       Debtors
                            CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Feb 19, 2020
                              Form ID: 138NEW             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db/jdb         +John Thomas Joyce, Jr.,    Susan Kimberly Pindar,    63 Turf Road,   Levittown, PA 19056-1519
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13860978        CPR Restoration & Cleaning Services Inc.,   842 Hegerman Street,    Philadelphia, PA 19136
14012751       +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
13860974       +Middletown Township,    3 Municipal Way,   Langhorne, PA 19047-3424
13888200       +NJ Gateway Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
13860975       +Ray Chapman, Tax Collector,    2222 Trenton Road,    Levittown, PA 19056-1400
13860977       +Santander Consumer USA,    P. O. Box 105255,    Atlanta, GA 30348-5255
13872472       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13860971       +Specialized Loan Servicing,    P. O. Box 636007,    Littleton, CO 80163-6007
13868313       +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13860976       +Visa,   P. O. Box 31279,    Tampa, FL 33631-3279
13884204        Wells Fargo Bank N.A., dba Wells Fargo Dealer Se,    PO Box 19657,   Irvine, CA 92623-9657
13860973       +Wells Fargo Dealer Services,    P. O. Box 17900,   Denver, CO 80217-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 20 2020 03:58:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:58:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 20 2020 03:58:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:43:39     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13900004        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2020 03:46:09
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13860972       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Feb 20 2020 03:58:31     Bridgecrest,
                 P.O. Box 53087,   Phoenix, AZ 85072-3087
13882277       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Feb 20 2020 03:58:31
                 Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
14454326        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2020 03:58:13     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,   St Cloud MN 56302
13922374        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 03:44:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13869031       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:46:07
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302-9617)
14023452*      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Feb 19, 2020
                              Form ID: 138NEW             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2002-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bridgecrest Credit Company, LLC
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    American InfoSource LP as Agent for Verizon
               jschwartz@mesterschwartz.com
              JEFFERY A. FOURNIER    on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net
              JEFFERY A. FOURNIER    on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2002-2 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
               Certificates, Series 2002-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                       TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Thomas Joyce, Jr. and Susan Kimberly Pindar

      Debtor(s)

Bankruptcy No: 17–10758–amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                For The Court
                Timothy B. McGrath
                Clerk of Court

Dated: 2/19/20

                132 – 131
                Form 138_new