United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 17-10758-amc
John Thomas Joyce, Jr.                                           Chapter 13
Susan Kimberly Pindar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Mar 13, 2020
                              Form ID: 3180W       Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
```
db/jdb         +John Thomas Joyce, Jr.,   Susan Kimberly Pindar,   63 Turf Road,   Levittown, PA 19056-1519
14012751       +Jeffery A. Fournier, Esquire,   2480-B Durham Road,   Bristol, PA 19007-6902
13888200       +NJ Gateway Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
13868313       +The Bank of New York Mellon, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:27     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:46
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:14     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13900004       EDI: AIS.COM Mar 14 2020 07:18:00     American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK  73124-8838
13882277      +EDI: DVTM.COM Mar 14 2020 07:19:00     Bridgecrest Credit Company LLC,   PO Box 29018,
                Phoenix, AZ 85038-9018
14454326       EDI: JEFFERSONCAP.COM Mar 14 2020 07:18:00     JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
                St Cloud MN 56302
13922374       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 03:38:36
                LVNV Funding, LLC its successors and assigns as,   assignee of GE Money Bank,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13872472      +EDI: DRIV.COM Mar 14 2020 07:18:00     Santander Consumer USA,   P.O. Box 961245,
                Fort Worth, TX 76161-0244
13884204       EDI: WFFC.COM Mar 14 2020 07:19:00     Wells Fargo Bank N.A., dba Wells Fargo Dealer Se,
                PO Box 19657,   Irvine, CA 92623-9657
```
                                                                              TOTAL: 9


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
           The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
           Certificates, Series 2002-2 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   Bridgecrest Credit Company, LLC
           debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          JASON BRETT SCHWARTZ   on behalf of Creditor   American InfoSource LP as Agent for Verizon
           jschwartz@mesterschwartz.com
          JEFFERY A. FOURNIER   on behalf of Debtor John Thomas Joyce, Jr. jefffournier@verizon.net
          JEFFERY A. FOURNIER   on behalf of Joint Debtor Susan Kimberly Pindar jefffournier@verizon.net
          MATTEO SAMUEL WEINER   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
           The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
           Certificates, Series 2002-2 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   The Bank Of New York Mellon Et Al...
           bkgroup@kmllawgroup.com
```

District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: Mar 13, 2020
                                 Form ID: 3180W           Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
           Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed
           Certificates, Series 2002-2 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **John Thomas Joyce Jr.** | Social Security number or ITIN  **xxx–xx–3268** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan Kimberly Pindar** | Social Security number or ITIN  **xxx–xx–0999** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–10758–amc** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Thomas Joyce Jr.                     Susan Kimberly Pindar

                                          **By the court:**          Ashely M. Chan
3/12/20                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---